UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RENEE GABET, et al., | |
| Plaintiffs, | |
| v. | Case No. 3:22-CV-56 JD |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

## ORDER

Plaintiffs Renee Gabet and Annie Oakley Enterprises, Inc., filed a complaint here in the South Bend Division based on events alleged to have occurred in Ligonier, Indiana. Ligonier is in Noble County, which is located within the geographic boundaries of the Fort Wayne Division. Pursuant to N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the Fort Wayne Division

SO ORDERED.

ENTERED: January 28, 2022

/s/ JON E. DEGUILIO
Chief Judge
United States District Court